# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| HIGHMARK, INC., AND KEYSTONE HEALTH PLAN WEST, INC., | : | No. 99 WAL 2017 |
| | : | |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UPMC, UPMC BEDFORD, UPMC EAST, UPMC HORIZON, UPMC MCKEESPORT, UPMC NORTHWEST, UPMC PASSAVANT, UPMC PRESBYTERIAN-SHADYSIDE, MAGEE WOMENS-HOSPITAL OF UPMC, HEMATOLOGY ONCOLOGY ASSOCIATION, ONCOLOGY-HEMATOLOGY ASSOCIATION, INC., AND SEWICKLEY MEDICAL ONCOLOGY HEMATOLOGY GROUP - UPCI, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.